~

**FILED**

MAY 1 9 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

SLS INTERNATIONAL, INC.

)
plaintiff,           )
)
)
v.                        )   Case No.
ADONE MEDIA, INC. and JAMES NEUMANN,   )
)
defendant.       )
)

# 4 06CV00811RWS

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

——THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE_____.

✔ NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT,

PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE

OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 5/19/2006

HUSCH + EPPENBERGER, LLC

By _____
Signature of Filing Party

190 CARONDELET PLAZA, STE 600
ST. LOUIS, MO. 63105