IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SLS INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06CV00811 RWS |
| v. ) | |
| ) | |
| ADONE MEDIA, INC. and JAMES ) | |
| NEUMANN, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION OF ALL
## PARTIES TO DISMISS WITH PREJUDICE

Plaintiff SLS International, Inc. and Defendants AdOne Media, Inc., and James Neumann, through their attorneys, file this Joint Motion of All Parties To Dismiss With Prejudice, and in support hereof, state as follows:

WHEREAS the parties have entered into an agreement (the "Settlement Agreement") to settle all claims and disputes between the parties relating to the above-captioned proceeding; and

WHEREAS the parties have agreed that the terms of the Settlement Agreement shall remain confidential; and

WHEREAS the parties wish for all claims and counterclaims in this action to be dismissed with prejudice;

NOW, BY MUTUAL AGREEMENT OF THE PARTIES, SLS hereby moves the Court to dismiss with prejudice all claims brought by SLS in this action against the Defendants, AdOne Media, Inc. and James Neumann; and

AdOne Media, Inc. hereby moves the Court to dismiss with prejudice all claims or counterclaims brought by AdOne Media, Inc. in this action against plaintiff SLS International, Inc.

Dated:  May 30, 2007                           Respectfully submitted,

| SLS INTERNATIONAL, INC. | ADONE MEDIA, INC. and JAMES NEUMANN |
|---|---|
| By:   /s/ Daniel S. Dooley<br>One of its attorneys | By:   /s/ Eleanor A. Maynard<br>One of their attorneys |
| Neal H. Levin (admitted *pro hac vice*)<br>Daniel S. Dooley (admitted *pro hac vice*)<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 360-6000<br>Facsimile: (312) 360-6573<br>nlevin@freebornpeters.com<br>ddooley@freebornpeters.com | Michael H. James (#3478)<br>Eleanor A. Maynard (#3780)<br>DOSTER MICKES JAMES ULLOM<br> BENSON & GUEST, LLC<br>17107 Chesterfield Airport Road<br>Chesterfield, Missouri 63005<br>Telephone: (636) 532- 0042<br>Facsimile: (636) 532-1082<br>mjames@dostermickes.com<br>emaynard@dostermickes.com |

## **CERTIFICATE OF SERVICE**

I, Daniel S. Dooley, hereby certify that on May 30, 2007, the foregoing Joint Motion of All Parties to Dismiss with Prejudice was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon counsel for James Neumann and AdOne Media, Inc., named below.

/s/ Daniel S. Dooley

Eleanor A. Maynard
DOSTER MICKES JAMES ULLOM
 BENSON & GUEST, LLC
17107 Chesterfield Airport Road
Chesterfield, Missouri 63005